UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MANNING ROLLERSON, SR, *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-06-246 |
| | § | |
| HERIETTA GONZALEZ, *et al*, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED.**

**DONE this the 28th day of August, 2007, at Galveston, Texas.**

_____
Samuel B. Kent
United States District Judge